**STATE of Missouri, Respondent,**

v.

**Arlie BARKER, Appellant Pro Se.**

**No. WD 64489.**

Missouri Court of Appeals,
Western District.

April 19, 2005.

Arlie Barker, Bowling Green, pro se.

Deborah Daniels, Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Arlie Barker appeals from the denial of his Rule 29.12(c) motion to "Correct Mistake in Judgment Sentence and Commitment." Upon review of the record, we find no error and affirm the judgment. Because a published opinion would have no precedential value, we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 30.25(b).